

# Fourth Court of Appeals
## San Antonio, Texas

May 13, 2014

No. 04-14-00205-CV

**FOUNTAINS INTERNATIONAL GROUP, INC.,**
Appellant

v.

**SUMMIT OAK DEVELOPMENT, LLC,**
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2005-CI-09146
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellant has filed a response to this court's May 9, 2014 order, together with a motion for extension of time to file appellant's brief. We **grant** the motion and order appellant's brief due **June 2, 2014**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court